*Dollar Co.* v. *Canadian Car & Foundry Co.* (220 N. Y. 270). Present —
Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

S. CHARLES WELSH, as Trustee, etc., Respondent, v. INTERBOROUGH
RAPID TRANSIT COMPANY, Appellant.— Order modified by providing that
the defendant be enjoined unless within twenty days after notice of entry
of the order of this court herein the defendant stipulate to pay plaintiff
all fee and rental damage to be assessed in this action, or in lieu thereof
that the defendant within said time institute proceedings to condemn the
plaintiff's easements invaded or interfered with by the structure in question;
and as so modified affirmed, without costs. No opinion. Order to be
settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and
Shearn, JJ.

JOSEPH MACALUSO, Appellant, v. NAY AUG COAL COMPANY, Respondent.
— Order affirmed, with ten dollars costs and disbursements. No opinion.
Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

GERARD GRICO, Appellant, v. NAY AUG COAL COMPANY, Respondent.—
Order affirmed, with ten dollars costs and disbursements. No opinion.
Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

In the Matter of the Application of HELEN M. DRUMMOND, Appellant,
for the Removal of WALTER J. DRUMMOND, as Executor, etc., of MICHAEL
J. DRUMMOND, Deceased, Respondent. ROSE M. DRUMMOND and Others,
Respondents.— Decree affirmed, with costs. No opinion. Present —
Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

HUGH J. REILLY, Appellant, v. FRANK STEINHART, Respondent.— Order
and judgment affirmed, with ten dollars costs and disbursements. No
opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN B. TRAINER,
Relator, v. HERBERT S. SISSON, Substituted in Place of GEORGE E. GREEN,
Deceased, as State Commissioner of Excise, Respondent.— Order affirmed,
with ten dollars costs and disbursements. No opinion. Present — Clarke,
P. J., Laughlin, Smith, Page and Shearn, JJ.

ABRAHAM WALD, Respondent, v. BETCE PERSKY, Sued as BESSIE PER-
SKY, Appellant.— Order affirmed, with ten dollars costs and disburse-
ments. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and
Shearn, JJ.

GEORGE STRINGOS and Others, Appellants, v. ALEXANDER C. CASTRIOTIS
and Another, Respondents.— Order affirmed, with ten dollars costs and
disbursements. No opinion. Date of examination to be fixed in order.
Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith,
Page and Shearn, JJ.

SIDNEY ASH, Respondent, v. UNITED TOILET GOODS COMPANY, Appel-
lant.— Order affirmed, with ten dollars costs and disbursements. No
opinion. Date of inspection to Be fixed in order. Order to be settled on
notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.